## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Michelle M. Powers</u>
          Plaintiff

V.

<u>Peter L. Gammel</u>
          Defendant

CIVIL ACTION

NO. <u>1:20-cv-10676-LTS</u>

## **SETTLEMENT ORDER OF DISMISSAL**

In light of the settlement reached by the parties the Court enters a <u>six month</u> settlement order of dismissal. IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action by <u>July 10, 2023</u> if settlement is not consummated.

By the Court,

<u>1/9/2023</u>
Date

/s/ Kellyann Belmont
Deputy Clerk